**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

|  |  |
|---|---|
| Morella Ewell, | : |
|  | : |
|  | : Civil Action No.: 1:11-cv-00467-CCB |
|  | : |
| Plaintiff, | : |
| v. | : |
|  | : |
| Oxford Management Services, Inc.; and DOES 1-10, inclusive, | : |
|  | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITHOUT PREJUDICE**
**PURSUANT TO RULE 41(a)**

Morella Ewell ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 11, 2011

                                                                       Respectfully submitted,
                                                                       By /s/ Forrest E. Mays_____
                                                                       Forrest E. Mays (Bar No. 07510)
                                                                       1783 Forest Drive, Suite 109
                                                                       Annapolis, MD  21401
                                                                       Telephone: (410) 267-6297
                                                                       Facsimile: (410) 267-6234
                                                                       Email: mayslaw@mac.com

                                                                       Of Counsel To
                                                                       LEMBERG & ASSOCIATES L.L.C.
                                                                       A Connecticut Law Firm
                                                                       1100 Summer Street, 3rd Floor
                                                                       Stamford, CT 06905
                                                                       Telephone: (203) 653-2250
                                                                       Facsimile:  (888) 953-6237
                                                                       ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 11, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                  By  /s/ Forrest E. Mays

                                      Forrest E. Mays